IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CEDRIC MCNEAL,

    Plaintiff,

v.                                          2:22-CV-020-Z-BR

WARDEN OF BILL CLEMENTS UNIT,

    Defendants.

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and **DISMISSING** the civil rights complaint.

Judgment is entered accordingly.

June **26**, 2023

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 26 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy